```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
                                                           :
LUIS ALBERTO ESPINOZA SARMIENTO,                           :
GEOVANI PEREZ, ALFREDO PEREZ,                              :
JASMANY ADRIAN ORTIZ FERNANDEZ,                            :
MILTON HERNANDEZ, WILSON                                   :       22-CV-9718 (VSB)
HERNANDEZ, and CIRILO TORRES,                              :
individually and on behalf of all others                   :          ORDER
similarly situated,                                        :
                                                           :
                              Plaintiffs,                  :
                                                           :
                   -against-                               :
                                                           :
FLAGGE CONTRACTING INC.,                                   :
FRANCISCO RODRIGUEZ and MIGUEL                             :
RODRIGUEZ MONTEIRO, as individuals,                        :
                                                           :
                              Defendants.                  :
                                                           :
---------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

On November 29, 2022 Defendants Francisco Rodriguez and Miguel Rodriguez were served via individuals at their respective residences, and on November 30, 2022, Defendant Flagge Contracting Inc. was served via the Secretary of State of the State of New York.  (Docs. 9, 10.)  On January 3, 2022[1], Plaintiffs filed proposed certificates of default and corresponding affirmations against each of the Defendants.  (Docs. 21–24, 29, 30.)  The Clerk's Office entered certificates of default against all three Defendants.  (Docs. 27, 28, 31.)  To date, Plaintiff has failed to comply with the remaining default judgment procedures.  Accordingly, it is hereby

ORDERED that Plaintiffs follow the default judgment procedures outlined in Attachment A of my Individual Rules and Practices in Civil Cases and submit the required filings by April 14, 2023.

---

[1] Only sufficient docket entries will be considered by the Court in this matter.

SO ORDERED.

Dated: April 5, 2023
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge