**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
LUIS ALBERTO ESPINOZA SARMIENTO,
GEOVANI PEREZ, ALFREDO PEREZ, JASMANY
ADRIAN ORTIZ FERNANDEZ, MILTON
HERNANDEZ, WILSON HERNANDEZ, and
CIRILO TORRES,

                             Plaintiffs,                       22 **CIVIL** 9718 (VSB)(JLC)

       -against-                                 **JUDGMENT**

FLAGGE CONTRACTING INC., et al.,,

                          Defendants.
--------------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Report and Recommendation dated February 27, 2024, and the Court's

Order dated May 1, 2024, Although the Report and Recommendation explicitly provided that the

parties shall have fourteen (14) days from service of this Report to file written objections [to this

Report and Recommendation] and [the] failure to file objections within fourteen (14) days will

result in a waiver of objections and will preclude appellate review [pursuant to 28 U.S.C. §

636(b)(1) and Fed. R. Civ. P. Rule 72], (Doc. 55 at 2829), none of the parties filed an objection

or requested additional time to do so. The Court has reviewed Magistrate Judge Cott's detailed

and well-reasoned Report and Recommendation for clear error and, after careful review, find

none. The Court therefore ADOPTS the Report and Recommendation in its entirety as follows:

Total Amount Owed to Plaintiffs (by Category) GRAND TOTAL $942,648.26. Amount Owed

(by Individual Plaintiff) GRAND TOTAL Sarmiento: $324,392.96; G. Perez: $163,518.50;

A. Perez: $180,147.50; Fernandez: $73,308.96; M. Hernandez: $19,845.60; W. Hernandez:

$112,328.50; Torres: $69,106.24. Accordingly, the case is closed.

**Dated:**  New York, New York

　　　May 2, 2024

**RUBY J. KRAJICK**
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**